# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUANG LAI CHAU,** | : | **CIVIL NO. 1:16-CV-1412** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **LORETTA LYNCH,** *et al.*, | : | |
| | : | |
| **Respondents** | : | |

### **ORDER**

AND NOW, this 27th day of February, 2017, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner, Quang Lai Chau, challenges the constitutionality of his prolonged detention by the United States Immigration and Customs Enforcement, and upon further consideration of respondents' suggestion of mootness indicating that petitioner was released pursuant to an order of supervision on December 29, 2016, see (Doc. 14), and this court, in an effort to ascertain the custodial status of petitioner, accessed the United States Immigration and Customs Enforcement Online Detainee Locator System, which revealed that petitioner is no longer in the

custody of that agency[1], which renders the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] Upon entering petitioner's alien registration number, 042020089, and his country of birth, Vitenam, into the Online Detainee Locator System, https://locator.ice.gov/odls/homePage.do, his status was returned as follows:

Name: QUANG LAI CHAU
Country of Birth: Vietnam
Status: Not In Custody

The individual's status is "not in custody," which means the person was released from ICE custody within the last 60 days for any of the following reasons:
- Removed from or voluntarily departed the United States,
- Released from custody pending the outcome of their case,
- Released into the United States due to the resolution of the immigration case (e.g., grant of an immigration benefit that permits the person to remain in the country), or
- Transferred into the custody of another law enforcement or custodial agency.